**No. 46532.**—Protests 800464–G, etc., of W. R. Grace & Co. et al. (Boston, etc.).

310

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.